Court of Appeals decided the very same question here in issue on similar facts in favor of the government and against the contention urged here by the taxpayer. The comprehensive opinion in that case effectively disposes of all the arguments of the taxpayer in this case, and upon the reasoning of Judge Learned Hand the order of the Board of Tax Appeals is affirmed. .

and denying the writ. It appears that the petitioner is held under process of the state court and that there is no certificate of probable cause as is now required in such a case to authorize this court to entertain jurisdiction. USCA, title 28, § 466 (43 Stat. 940, § 6 (d), Act March 10, 1908, c. 76 (35 Stat. 40). See Bilik v. Strassheim, 212 U. S. 551, 29 S. Ct. 684, 53 L. Ed. 649; Ex parte Patrick, 212 U. S. 555, 29 S. Ct. 686, 53 L. Ed. 650; Comerford v. Hogsett, 79 F.(2d) 486, decided by this court October 16, 1935.

The appeal is dismissed for want of jurisdiction.

## WILSON v. LANAGAN.

### No. 3064.

Circuit Court of Appeals, First Circuit.

Oct. 16, 1935.

John H. Wilson, pro se.

James J. Bacigalupo, Asst. Atty. Gen., of Massachusetts (Paul A. Dever, Atty. Gen., of Massachusetts, on the brief), for appellee.

Before BINGHAM and MORTON, Circuit Judges, and PETERS, District Judge.

PER CURIAM.

This is an appeal from an order or judgment of May 22, 1935, of the federal District Court for Massachusetts dismissing a petition for writ of habeas corpus

## BOONE v. UNITED STATES.

### No. 3901.

Circuit Court of Appeals, Fourth Circuit.

Oct. 21, 1935.

W. H. Yarborough, Jr., of Raleigh, N. C., and George Davis Vick, Jr., of Siler City, N. C. (J. M. Broughton, of Raleigh, N. C., and Daniel Bell, of Pittsboro, N. C., on the brief), for appellant.

Armistead L. Boothe, Atty., Department of Justice, of Washington, D. C., James O. Carr, U. S. Atty., of Wilmington, N. C., and Will G. Beardslee, Director, Bureau of War Risk Litigation, of Washington, D. C., on the brief), for the United States.